IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP BUDS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELCTRONICS AMERICA, INC.<br><br>      Defendant. | Civil Action No. 2:23-CV-00475-JRG |

### ORDER

Before the Court is Plaintiff IP Buds, LLC's and Defendant Samsung Electronics America, Inc.'s Joint Motion for Extension of Certain Deadlines. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for the Parties to file their Proposed Docket Control Order and Proposed Discovery Order is extended up to and including March 4, 2024.

**IT IS FURTHER ORDERED** that the deadline for the Parties to file their Proposed Protective Order is extended up to and including March 11, 2024.

**IT IS FURTHER ORDERED** that the deadline for Samsung to serve its Invalidity Contentions pursuant to P.R. 3-3 and 3-4—including the corresponding technical documents—and its Subject-Matter Eligibility Contentions pursuant to the Court's Standing Order is extended up to and including April 1, 2024